JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JESSE BOGGS, | ) | No. CV 19-09087-JFW (JDE) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) | |
| WARDEN, | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that that the action is dismissed without prejudice.

Dated: December 5, 2019

_____
JOHN F. WALTER
United States District Judge